No. 71–1491. Two Tracts of Land et al. v. Tennessee Valley Authority. C. A. 6th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 71–1538. Blank v. United States. C. A. 6th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 71–1573. Peltzman v. National Labor Relations Board. C. A. 2d Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 71–1574. Jalil v. Hampton, Chairman, United States Civil Service Commission. C. A. D. C. Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 71–1603. Milnarik et al. v. M–S Commodities, Inc., et al. C. A. 7th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 71–1608. Johnson et al. v. Morton, Secretary of the Interior, et al. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 71–1614. Lowry et al. v. United States. C. A. 10th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 71–1624. Lewis v. Strachan Shipping Co. et al. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 71–6431. Nash v. Texas. Ct. Crim. App. Tex. Certiorari denied. Mr. Justice Douglas would grant certiorari.